# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| HOLLY ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> NPM FRANCHISING, LLC d/b/a, <br> EARTHWISE PET, <br><br> Defendant. | Civil Action No. <br> 2:24-cv-00037-JTJ <br><br> **ORDER** |

The Parties having filed a Second Joint Motion for Extension of Remaining Pretrial Deadlines and to Vacate and Reset Trial Date,

IT IS ORDERED that the Parties Joint Motion is GRANTED the following deadlines have been extended or reset as noted below:

    a.    The close of discovery is reset to September 11, 2025;

    b.    All pretrial motions, other than discovery motions be fully briefed by November 6, 2025;

    c.    An attorney conference to discuss preparation of the final pretrial order on or before January 9, 2026.

    d.    The final pretrial order be submitted to a date on or before January 30, 2026;

e.  The final pretrial conference be vacated and is reset for February 12, 2026 at 1:30 p.m. at the Mike Mansfield Federal Courthouse, Butte, Montana.

f.  Trial briefs, jury instructions and verdict forms be filed on or before February 17, 2026; and

g.  The four-day jury trial be vacated and reset to February 24, 2026 at 9:00 a.m. at the Mike Mansfield Federal Courthouse, Butte, Montana.

DATED this 9th day of June, 2025.

_____
John Johnston
United States Magistrate Judge