**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| HOLLY ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>NPM FRANCHISING, LLC d/b/a EARTHWISE PET,<br><br>Defendant. | Civil Action No. 2:24-cv-00037-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE** |

Upon consideration of the Defendant NPM Franchising, LLC, d/b/a Earthwise Pet's Unopposed Motion to Dismiss with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the Court GRANTS the Unopposed Motion to Dismiss with Prejudice. This action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 28th day of September 2026.

John Johnston
United States Magistrate Judge